PERRY CLEMENTS, Appellant, v. STATE, Appellee.

1 So. (2nd) 466

En Banc

Opinion Filed February 28, 1941

Rehearing Denied April 22, 1941

*J. M. Sapp, H. P. Sapp, Harry H. Wells* and *Weldon G. Starry,* for Appellant;

*George Couper Gibbs,* Attorney General, and *William Fisher, Jr.,* Assistant Attorney General, for Appellee.

PER CURIAM.—The sole question presented having been the one whether the testimony was sufficient to justify a verdict of guilty of manslaughter and upon careful consideration of the record no error having clearly appeared, the judgment of the lower court is—

Affirmed.

BROWN, C. J., WHITFIELD, CHAPMAN, THOMAS and ADAMS, J. J., concur.

TERRELL and BUFORD, J. J., dissent.